

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00841-CV

**PILOT TRAVEL CENTERS LLC**,
Appellant

v.

Norma **GUTIERREZ**,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CV-000054-D1
The Honorable Joe Lopez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with the court's memorandum opinion of this date, the parties' joint motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of appeal are taxed against the parties who incurred them. *See* TEX. R. APP. P. 42.1(d).

SIGNED February 19, 2014.

Karen Angelini, Justice